March 9, 1979

405 A.2d 537

Commonwealth v. Cunningham, Appellant.

Submitted June 12, 1978. Louis J. Gagliardi, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

405 A.2d 538

Commonwealth v. Emerick, Appellant.

Submitted October 26, 1978. Lester G. Nauhaus, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.